HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00190-DAD-BAM |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| STEPHEN HILL, | |
| Defendant. | |

Defendant, Stephen Hill, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel for assistance in seeking early termination of his supervised release.

On December 18, 2017, Mr. Hill was sentenced to 32 month in custody and 48 months of supervised release. He began serving his term of supervised release on March 1, 2019. Mr. Hill submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that CJA panel counsel be appointed.

DATED:  March 9, 2022                              */s/ Eric V Kersten*
                                                                  ERIC V. KERSTEN
                                                                  Assistant Federal Defender
                                                                  Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **March 10, 2022**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE